UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RUDI SABIO-VALESQUEZ | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. |
| | * | |
| OCEAN MARINE CONTRACTORS, LLC, | * | SECTION " " |
| MANSON GULF, LLC AND | * | |
| ABC INSURANCE COMPANY | * | MAGISTRATE |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## SEAMAN'S PETITION FOR DAMAGES, MAINTENANCE AND CURE

The petition of RUDI SABIO-VALESQUEZ, a person of majority and domiciled in the Parish of Jefferson, State of Louisiana, with respect represents:

**I.**

The jurisdiction of this Court is invoked as petitioner was at all times pertinent, a seaman entitled to the benefits of admiralty, general maritime laws, Section 33 of the Merchant Marine Act of 1920, 46 U.S.C.A. Section 688-Jones Act, Judiciary Act of 1789 (28 U.S.C. Section 1333(1)) and under other applicable statutory laws, ordinances, regulations, and common laws of the United States of America and State of Louisiana. This is an admiralty or maritime claim within the meaning of Rule 9(h).

II.

Defendants herein are the following:

OCEAN MARINE CONTRACTORS, LLC, a limited liability company domiciled in the State of Louisiana;

MANSON GULF, LLC, a foreign limited liability company with its principal place of business within the State of Louisiana in the East District of Louisiana; and

ABC INSURANCE COMPANY, a foreign insurance corporation authorized to do and doing business in this Parish and State.

III.

Plaintiff is an American Seaman. Plaintiff's claims against defendants arise pursuant to the admiralty and maritime laws of the United States and the Jones Act and, upon trial of this matter, Plaintiff would show that his injuries occurred in whole or in part as a result of the negligence of defendants, its agents, servants and/or employees, and the unseaworthiness of defendants vessel.

IV.

Venue is proper in this matter pursuant to the admiralty and maritime laws of the United States in that plaintiff resides in this Honorable District, defendants do business in this Honorable District, and are amenable to process here, and this accident occurred in the navigable waters of the Gulf of Mexico off the coast of the Eastern District of Louisiana.

V.

On or about August 23, 2011, petitioner, RUDI SABIO-VALESQUEZ, was employed by defendant, OCEAN MARINE CONTRACTORS, LLC, working aboard the vessel of defendant, MANSON GULF, LLC in the Gulf of Mexico off the coast of the State of Louisiana. On such date

your petitioner, RUDI SABIO-VALESQUEZ, was provided a defective pneumatic hammer or chipper to perform his work duties. While operating such pneumatic hammer the compressed air hose became disengaged from the hammer, resulting in the compressed air hose whipping and striking your petitioner in the knee which resulted in your petitioner falling backwards and striking his back, causing him to sustain injuries.

### VI.

At all times pertinent the vessel on which petitioner, RUDI SABIO-VALESQUEZ, was working, was owned, operated, maintained, manned, and controlled by defendants, OCEAN MARINE CONTRACTORS, LLC and MANSON GULF, LLC.

### VII.

At all times pertinent, defendants, OCEAN MARINE CONTRACTORS, LLC and MANSON GULF, LLC, were insured under a contract of insurance by defendant, ABC INSURANCE COMPANY.

### VIII.

At all times pertinent, your petitioner, RUDI SABIO-VALESQUEZ, was injured while acting within the course and scope of his employment as a seaman while employed by the defendants, OCEAN MARINE CONTRACTORS, LLC and MANSON GULF, LLC, providing for maintenance and cure.

### IX.

By reason of the relationship between your petitioner, RUDI SABIO-VALESQUEZ, as a member of the crew of a vessel in navigable waters, defendants, OCEAN MARINE CONTRACTORS, LLC and MANSON GULF, LLC, as plaintiff's Jones Act employer and/or the

owner pro hac vice, and/or operator of the vessel and plaintiff's master and/or employer, your plaintiff is entitled to recover maintenance and cure for such time as he has been and will be either convalescing from his injuries, under medical care, or reaching his maximum medical cure. Plaintiff, RUDI SABIO-VALESQUEZ, demands maintenance and cure benefits from the defendants, OCEAN MARINE CONTRACTORS, LLC and MANSON GULF, LLC.

### X.

As a result of defendants, OCEAN MARINE CONTRACTORS, LLC and MANSON GULF, LLC, arbitrary and capricious actions and/or omissions in refusing and/or failing to pay maintenance and cure in a timely fashion and/or improper amounts, despite amicable demand, your petitioner, RUDI SABIO-VALESQUEZ, is entitled to penalties, punitive damages, and attorney fees.

### XI.

The aforesaid accident resulted solely and only from the negligence and omissions of the defendants, OCEAN MARINE CONTRACTORS, LLC and MASON GULF, LLC, and its agents and employees and the un-seaworthiness of their vessel.

### XII.

At all times pertinent, defendants, OCEAN MARINE CONTRACTORS, LLC and MASON GULF, LLC, maintained the power to control and direct and it did control and direct the activities of petitioner, RUDI SABIO-VALESQUEZ.

### XIII.

Your defendants, OCEAN MARINE CONTRACTORS, LLC and MASON GULF, LLC, owed to your petitioner, RUDI SABIO-VALESQUEZ, a duty to furnish him a safe place to work and to provide for the safety of petitioner, and defendants, OCEAN MARINE CONTRACTORS, LLC

and MASON GULF, LLC, failed to do so. Such negligent acts and omissions were the cause of the injuries and damages sustained by your petitioner, RUDI SABIO-VALESQUEZ.

XIV.

Defendants, OCEAN MARINE CONTRACTORS, LLC and MASON GULF, LLC, could have made plaintiff, RUDI SABIO-VALESQUEZ's working conditions safe through the exercise of reasonable care, though failed to do so, and such negligent acts and omissions are the cause of the injuries sustained by your petitioner.

XV.

Petitioner, RUDI SABIO-VALESQUEZ, in no way contributed to or caused his injuries.

XVI.

The defendants, OCEAN MARINE CONTRACTORS, LLC and MASON GULF, LLC, were the owner and operator and/or Owner Pro Hac Vice of the vessel where plaintiff sustained his injuries, including its equipment and appurtenances, that should have been reasonably fit for their intended use. The defendants owed to your plaintiff, RUDI SABIO-VALESQUEZ, a duty to supply an adequate and competent crew. The defendants, OCEAN MARINE CONTRACTORS, LLC and MASON GULF, LLC, failed in this respect and did not furnish a seaworthy vessel; and such un-seaworthiness proximately caused the injuries and damages sustained by your petitioner.

XVII.

At all times pertinent, your defendants, OCEAN MARINE CONTRACTORS, LLC and MASON GULF, LLC, acting by and through its agents, employees and servants was negligent; and such negligence was the proximate cause of the complained of accident and injuries to your petitioner, RUDI SABIO-VALESQUEZ.

## XVIII.

As a result of this accident and resulting injuries to your petitioner, RUDI SABIO-VALESQUEZ, he has sustained injuries as follows:

- A) Past, present and future physical and mental pain, suffering, disability, disfigurement, impairment and inconvenience;
- B) Loss of enjoyment of life, the ability to pursue happiness, inconvenience under normal pursuits and pleasures of life, and feeling of economic insecurity caused by disability.
- C) Past, present and future loss of income and impairment of earning capacity;
- D) Past, present and future medical expenses;
- E) Maintenance per day in an amount to be set by the Court;
- F) Medical mileage;
- G) Cure;
- H) Found; and
- I) any other damages which may be proven at the trial of this matter.

## XIX.

Petitioner, RUDI SABIO-VALESQUEZ, as a Jones Act Seaman, requests that he be allowed to proceed without prepaying fees or costs or furnishing security therefore pursuant to 28 U.S.C.S. Section 1916.

## XX.

**WHEREFORE**, petitioner, RUDI SABIO-VALESQUEZ, prays that a copy of this petition be served on all defendants, OCEAN MARINE CONTRACTORS, LLC and MASON GULF, LLC,

that each be cited to appear and answer same and that after due proceedings are had that there be judgment rendered herein in favor of plaintiff, RUDI SABIO-VALESQUEZ, and against all defendants, OCEAN MARINE CONTRACTORS, LLC and MASON GULF, LLC, jointly and severally, for $250,000.00 and/or all sums as are reasonable in the premises, together with legal interest thereon, attorney fees, pre and post-judgment interest as allowed by law, maintenance, cure, punitive damages, for all costs of these proceedings, for all general and equitable relief, and that plaintiff as a seaman be allowed to proceed without prepayment of costs.

Respectfully Submitted;

THE LAW OFFICES OF CRAIG S. SOSSAMAN,
A PROFESSIONAL LAW CORPORATION

BY: _____
CRAIG S. SOSSAMAN - BAR NO. 17884
MICHAEL W. COLLINS - BAR NO. 29129
3351 Severn Avenue, Suite 201
Metairie, Louisiana 70002-7408
Telephone:   (504) 455-3100
Facsimile:   (504) 455-6500
Toll Free:   (800) 466-4529
Email:       sossamanlaw@bellsouth.net
             michaelwcollins@bellsouth.net

\\SOSSAMANLAW1\Users\Public\Documents\CLIENTS\SABIO-VALESQUEZ\RUDI\2011-08-23 v. Ocean Marine Contractors, LLC\Pld\Petition.USDC.wpd